UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KAREN STEVENSON

VERSUS

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN, et al.

CIVIL ACTION NO. 21-579

SECTION "___" (___)

JUDGE ________________________

MAGISTRATE JUDGE ____________

***EX PARTE* MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

Plaintiff, Karen Stevenson, respectfully moves the Court for permission to proceed *in forma pauperis*. In support, Plaintiff attaches her Application to Proceed in District Court Without Prepaying Fees or Costs.

/s/ Ben E. Clayton
________________________________

**CLAYTON LAW FIRM, LLC**
Ben E. Clayton, LSBA No. 17512, T.A.
Joshua P. Clayton, LSBA No. 34488
202 Village Circle, Suite No. 2
Slidell, Louisiana 70458
(985) 863-3065 voice
(985) 863-7707 facsimile
E-mail: ben@claytonlawfirmllc.com
josh@claytonlawfirmllc.com
**Attorneys for Plaintiff, Karen Stevenson**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2021, I filed the above and foregoing with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Ben E. Clayton
__________________________________
Ben E. Clayton