UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KAREN STEVENSON

VERSUS

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN, et al.

CIVIL ACTION NO. 21-579

SECTION "___" (___)

JUDGE ________________________

MAGISTRATE JUDGE ____________

**ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to Proceed *In Forma Pauperis* ("Motion") filed by Plaintiff, Karen Stevenson;

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiff is granted leave to proceed *in forma pauperis* in the above-captioned matter.

New Orleans, Louisiana, this _____ day of March, 2021.

________________________________________

**HON. __________________________________**
**UNITED STATES MAGISTRATE JUDGE**