**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KAREN STEVENSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-579** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN, et al.** | **SECTION "H" (3)** |

**ORDER**

Before the Court is an *Ex Parte* Motion for Leave to Proceed In Forma Pauperis (Rec. Doc. No. 2), filed by plaintiff, Karen Stevenson. Considering the Ex Parte Motion for Leave to Proceed In Forma Pauperis (Rec. Doc. No. 2),

**IT IS ORDERED that:**

□ **the motion is GRANTED; the party is entitled to proceed in forma pauperis.**
□ **the motion is MOOT; the party was previously granted pauper status.**
**X** **the motion is DENIED; the party has sufficient funds to pay the filing fee.**
□ **the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:**

________________________________________

________________________________________

________________________________________

New Orleans, Louisiana, this 25th day of March, 2021.

Dana M. Douglas

**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**