**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

**NOTICE REGARDING LOCAL CIVIL RULE 54.7**

**Payment of Fees in Seaman and Pauper Cases**

Local Civil Rule 54.7 provides:

> In all actions in which the fees of the marshal and the clerk are not required by law to be paid in advance and in which a seaman or party proceeding in forma pauperis prevails, either by judgment or settlement, all fees of the marshal and clerk must be paid before dismissal or satisfaction of judgment may be filed, unless otherwise ordered by the court. Counsel handling the payment of any settlement must confirm that all fees are paid, whether or not any dismissal or satisfaction of judgment entry is applied for. [Amended February 1, 2011].

In accordance with Local Civil Rule 54.7, any *ex parte* motion to dismiss a case, notice of dismissal, stipulation of dismissal, satisfaction of judgment, or similar *ex parte* or unopposed motion, filed in a seaman case or in a case in which a party has been allowed to proceed in forma pauperis must specifically confirm that the fees of the clerk and the marshal have been paid. In addition, prior to requesting that the court enter an order of dismissal in a case in which fees have not been prepaid, but the parties have reached a settlement, counsel must confirm that all fees of the clerk and marshal have been paid.

**BY DIRECTION OF THE COURT**

**CAROL L. MICHEL, CLERK OF COURT**