**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KAREN STEVENSON,**<br><br>**Plaintiff**<br><br>***v.***<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**<br><br>**Defendants** | **CASE NO. 21-cv-00579**<br><br>**JUDGE MILAZZO**<br><br>**MAGISTRATE JUDGE DOUGLAS** |

**DEFENDANTS' EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND**

**NOW INTO COURT**, through undersigned counsel, come Defendants Lincoln Life Assurance Company of Boston Employee Benefits Plan and Lincoln Life Assurance Company of Boston (collectively, "Defendants"), who, without waiving any defenses or objections, move this Court pursuant to Local Rule 7.8 for a twenty-one (21) day extension of time to file responsive pleadings to the Complaint filed by Plaintiff Karen Stevenson (Rec. Doc. 1). Defendants certify that they have not previously moved to extend the time to file responsive pleadings.

Defendants' responsive pleadings are presently due on June 1, 2021. *See* Rec. Doc. 8. Accordingly, Defendants respectfully requests that the Court grant an extension of time to plead until June 22, 2021.



PD.29308776.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ _Lindsay Calhoun________*
Christopher K. Ralston, (Bar #26706)
Lindsay Calhoun, (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
lindsay.calhoun@phelps.com

**ATTORNEYS FOR DEFENDANTS LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN AND LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**