**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KAREN STEVENSON,**<br><br>**Plaintiff**<br><br>***v.***<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**<br><br>**Defendants** | **CASE NO. 21-cv-00579**<br><br>**JUDGE MILAZZO**<br><br>**MAGISTRATE JUDGE DOUGLAS** |

**ORDER**

Considering the foregoing *Ex Parte* Motion for Extension of Time to Respond filed by Defendants Lincoln Life Assurance Company of Boston Employee Benefits Plan and Lincoln Life Assurance Company of Boston (collectively, "Defendants");

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Local Rule 7.8, Defendants are hereby granted an extension of time of twenty-one (21) days, up to and including June 22, 2021, to file responsive pleadings to Plaintiff Karen Stevenson's Complaint (Rec. Doc. 1).

New Orleans, Louisiana, this _____ day of June, 2021.

____________________________________
UNITED STATES DISTRICT JUDGE