**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **KAREN STEVENSON,**<br><br>**Plaintiff**<br><br>***v.***<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**<br><br>**Defendants** | **CASE NO. 21-cv-00579**<br><br>**JUDGE MILAZZO**<br><br>**MAGISTRATE JUDGE DOUGLAS** |

**ORDER**

Considering the foregoing *Ex Parte* Motion for Extension of Time to Respond filed by Defendants Lincoln Life Assurance Company of Boston Employee Benefits Plan and Lincoln Life Assurance Company of Boston (collectively, "Defendants");

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Local Rule 7.8, Defendants are hereby granted an extension of time of twenty-one (21) days, up to and including June 22, 2021, to file responsive pleadings to Plaintiff Karen Stevenson's Complaint (Rec. Doc. 1).

New Orleans, Louisiana, this 2nd day of June, 2021.

UNITED STATES DISTRICT JUDGE