**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **KAREN STEVENSON,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:21-CV-00579-JTM-DMD** |
| **V.** | **JUDGE JANE TRICHE MILAZZO** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | **MAGISTRATE JUDGE DANA DOUGLAS** |
| **Defendants.** | |

**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendant Lincoln Life Assurance Company of Boston Employee Benefits Plan. (the "Plan"), based on the following stipulation:

It is hereby stipulated by and between Plaintiff Karen Stevenson ("Plaintiff") and Defendant Lincoln Life Assurance Company of Boston ("Lincoln"), by and through their respective counsel, that the Plan is hereby dismissed from this action without prejudice. Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of the Plan having been dismissed from the action.

Dismissal under 41(a)(1)(i) is proper since the Plan has not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against the Plan.

Respectfully submitted this 17th day of June 2021.

**CLAYTON LAW FIRM, LLC**

*/s/ Ben E. Clayton*
Ben E. Clayton (Bar # 17512)
Joshua P. Clayton (Bar # 34488)
No. 2, 202 Village Circle
Slidell, Louisiana 70458
Telephone: 985-863-3065
Telecopier: 985-863-7707
Email: ben@claytonlawfirmllc.com
josh@claytonlawfirmllc.com

**COUNSEL FOR PLAINTIFF KAREN STEVENSON**

**-AND-**

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com