**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **KAREN STEVENSON,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:21-CV-00579-JTM-DMD** |
| **V.** | **JUDGE JANE TRICHE MILAZZO** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | **MAGISTRATE JUDGE DANA DOUGLAS** |
| **Defendants.** | |

**ORDER**

**CONSIDERING** the Joint Stipulation to Dismiss Without Prejudice any and all claims against Defendant Lincoln Life Assurance Company of Boston Employee Benefits Plan, and finding it well-taken;

**IT IS HEREBY ORDERED** that Defendant Lincoln Life Assurance Company of Boston Employee Benefits Plan be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear her own costs and attorneys' fees with regard to such claims.

New Orleans, Louisiana, this _____ day of June 2021.

______________________________________
UNITED STATES DISTRICT JUDGE