**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **KAREN STEVENSON,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:21-CV-00579-JTM-DMD** |
| **V.** | **JUDGE JANE TRICHE MILAZZO** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | **MAGISTRATE JUDGE DANA DOUGLAS** |
| **Defendants.** | |

# EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

**NOW INTO COURT**, comes Defendant Lincoln Life Assurance Company of Boston ("Defendant") and respectfully present: Lindsay Calhoun of the firm Phelps Dunbar, LLP, is licensed to practice law in Louisiana has been retained as counsel for Defendant in this action.

Defendant respectfully moves this Court for admission *pro hac vice* of additional counsel on its behalf in this action, specifically Iwana Rademaekers,[1] of the firm Law Offices of Iwana Rademaekers, P.C., whose address is 17304 Preston Road, Suite 800, Dallas, Texas 75252, and whose phone number is (214) 579-9319.

Attached hereto as Exhibit A is the declaration of Iwana Rademaekers, confirming that she is a member of the bar of Texas and in good standing to practice law in this state. Also attached is a Certificate of Good Standing from the Supreme Court of Texas. (*See,* Exhibit B).

As required by Local Rule 83.2.5, the affiant also confirms that there have not been any disciplinary proceedings or criminal charges instituted against her. (*See*, Exhibit A)

[1] Ms. Rademaekers has previously registered with the Electronic Filing System of this Court and has a valid Login ID and password. As such, registration for the CM/ECF system is not attached to this filing.

**WHEREFORE,** Defendant requests that Iwana Rademaekers be admitted to practice before this Court *pro hac vice* in this action and that she be enrolled as counsel of record for Lincoln Life Assurance Company of Boston.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**