**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **KAREN STEVENSON,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:21-CV-00579-JTM-DMD** |
| **V.** | **JUDGE JANE TRICHE MILAZZO** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | **MAGISTRATE JUDGE DANA DOUGLAS** |
| **Defendants.** | |

**ORDER GRANTING PRO HAC ADMISSION**

IT IS ORDERED that Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for Defendant Lincoln Life Assurance Company of Boston in the above referenced matter.

Entered this ________ day of ______________________ 2021.

______________________________________
JUDGE