**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**KAREN STEVENSON,**

**Plaintiff,**

**V.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON EMPLOYEE BENEFITS PLAN and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendants.**

**CIVIL ACTION NO.**

**2:21-CV-00579-JTM-DMD**

**JUDGE JANE TRICHE MILAZZO**

**MAGISTRATE JUDGE DANA DOUGLAS**

**ORDER GRANTING PRO HAC ADMISSION**

IT IS ORDERED that Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for Defendant Lincoln Life Assurance Company of Boston in the above referenced matter.

Entered this 21st day of June 2021.

JUDGE